1  FRANK T. ZUMWALT (SBN. 132746)
   GRAHAM SCOTT (SBN. 236077)
2  SAMUAL E. GETRICH (SBN. 248464)
   **THE ZUMWALT LAW FIRM, LLP.**
3  1600 G Street, Suite 104
   Modesto, California 95354
4  Telephone No: (209) 577-6100
   Facsimile No: (209) 577-1038
5
   *Attorneys for Plaintiff W.H. Breshears, Inc.*
6
                  UNITED STATES DISTRICT COURT
7                 EASTERN DISTRICT OF CALIFORNIA
                       FRESNO DIVISION
8

| | |
|---|---|
| 9  W.H. Breshears, Inc. | **CASE NO. 1:16-cv-01129-AWI-SAB** |
| 10         *Plaintiff,* | |
| 11  v. | **Stipulation and Order to Continue Initial Scheduling Conference** |
| 12  Delaware North Companies Parks and Resorts at Yosemite, Inc. and Does 1-10 | |
| 13    *Defendants.* | |
| 14 | |
| 15  Delaware North Companies Parks And Resorts At Yosemite, Inc., | |
| 16  *Counter-claimant,* | |
| 17 | |
| 18  v. | |
| 19  W.H. Breshears, Inc., | |
| 20 | |
| 21 | |
| 22 | |

23       The parties to this action hereby stipulate and request that the Initial Scheduling

24  Conference set for October 3, 2016, be continued for the reasons set forth herein.

25       The plaintiff has filed a motion to remand the entire action back to the state court. The

26  plaintiff's motion is scheduled to be heard on October 11, 2016.  Delaware North agreed to

27

28

THE ZUMWALT
LAW FIRM, LLP
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100

1 | continue the initial scheduling conference at Plaintiff's request and as a professional courtesy to

2 | Plaintiff.  Delaware North is confident this action was properly removed to this Court.

3 |      In order to conserve the Court's time and resources in holding a scheduling conference

4 | where venue is not yet settled, the parties respectfully request the Court continue the Initial

5 | Scheduling Conference until after the October 11, 2016 hearing date currently scheduled for

6 | plaintiff's motion to remand.

7 | Respectfully submitted:

8 |

9 |

Dated: September 20, 2016                     **ZUMWALT LAW FIRM, LLP**

10 |

11 |                                      By: /s/ Graham Scott
                                          Graham Scott

12 |                                      Attorneys for Plaintiff/Counter-Defendant W.H.
                                          Breshears, Inc.

13 |

14 | Dated: September 20, 2016                     **DAVIS WRIGHT TREMAINE LLP**

15 |                                      By: /s/ Mary McNeill
                                          Mary McNeill

16 |                                      Attorneys for Defendant/Counter-Claimant

17 |                                      Delaware North Companies Parks and
                                     Resorts at Yosemite, Inc.

18 | **ORDER**

19 |

20 |      Good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference is

continued to November 28, 2016 at 10:00 a.m. in Courtroom 9 before Magistrate Judge Stanley

21 | A. Boone.  A joint scheduling report is due one week before the new conference date.

22 |

23 | IT IS SO ORDERED.

24 | Dated:   **September 21, 2016**                                 

25 |                                   UNITED STATES MAGISTRATE JUDGE

26 |

27 |

28 |

THE ZUMWALT
LAW FIRM, LLP
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100